# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# VALDOSTA DIVISION

| | |
|---|---|
| C.H., | : |
| Plaintiff, | : |
| VS. | : 7:23-CV-41 (TQL) |
| COMMISSIONER OF SOCIAL SECURITY, | : |
| Defendant. | : |

## ORDER

Pending before the Court is the Commissioner's Consent Motion for Reversal and Remand of this case to the Commissioner for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 10). The Commissioner moves the Court for entry of judgment with a reversal and remand of the cause to the Commissioner. *Id.* In its motion, the Commissioner states that upon remand the administrative law judge will obtain supplemental evidence from a vocational expert, offer Plaintiff an opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision. *Id*. The Commissioner states that Plaintiff, through counsel, consents to the Motion. *Id.*

Having considered the Motion and the Memorandum in support thereof, as well as Plaintiff's consent, the Court **GRANTS** the Commissioner's Consent Motion for Reversal and Remand of this case to the Commissioner for further action under Sentence Four of 42 U.S.C. § 405(g). (Doc. 10). Upon remand, the administrative law judge will obtain supplemental evidence from a vocational expert, offer Plaintiff an opportunity for a hearing, take any further action needed to complete the administrative record, and issue a new decision.

**SO ORDERED**, this 31st day of August, 2023.

                                              s/ ***THOMAS Q. LANGSTAFF***
                                              UNITED STATES MAGISTRATE JUDGE

2