IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF GEORGIA
VALDOSTA DIVISION

| | |
|---|---|
| CHRISTOPHER HORNE, | * |
| Plaintiff, | * |
| v. | Case No. 7:23-cv-41 (TQL) |
| | * |
| COMMISSIONER OF SOCIAL SECURITY, | |
| | * |
| Defendant. | |
| | * |

# **J U D G M E N T**

Pursuant to the Order of this Court filed November 15, 2023, and for the reasons stated therein, JUDGMENT is hereby entered awarding Plaintiff attorneys' fees in the amount of $8,424.00 and costs in the amount of $402.00.

This 15th day of November, 2023.

David W. Bunt, Clerk

s/ Kathleen S. Logsdon, Deputy Clerk